**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **Estate of ANDRE ALEXANDER GREEN, deceased,** ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | No. 1:17-cv-02673-TWP-TAB |
| ) | |
| **CITY OF INDIANAPOLIS, MARC KLONNE**, **ADAM MENGERINK**, and **VINCENT STEWART,** in their official and individual capacities as sworn officers of the Indianapolis Metropolitan Police Department, ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION TO EXTEND DISCOVERY AND**
**DISPOSITIVE MOTION DEADLINES**

Plaintiff, Estate of ANDRE ALEXANDER GREEN and Defendants, CITY OF INDIANAPOLIS, MARC KLONNE, ADAM MENGERINK, and VINCENT STEWART, in their official and individual capacities as sworn officers of the Indianapolis Metropolitan Police Department, by their respective counsel, jointly move to extend the discovery and dispositive motion deadlines. In support, they state as follows:

1. The parties have been working diligently and cooperatively on completing non-expert, fact discovery.

2. Thousands of pages of documentation and photographs have been produced thus far.

1

3. The fact-discovery-deadline is June 7, 2018 and the dispositive-motion-deadline is August 7, 2018. (DE 11)

WHEREFORE, the parties request a 90-day extension until **September 5, 2018** to complete non-expert witness discovery and discovery relating to liability issues; and a 45-day extension until **September 21, 2018** to file dispositive motions, if any.

Respectfully submitted,

| | |
|---|---|
| */s/ Trent A. McCain* | */s/ Andrew J. Upchurch* |
| One of Plaintiff's Attorneys | One of Defendants' Attorneys |
| | |
| Trent A. McCain, #23960-45 | Andrew J. Upchurch, #30174-49 |
| McCAIN LAW OFFICES, P.C. | Assistant Corporation Counsel |
| 5655 Broadway | Office of Corporation Counsel |
| Merrillville, IN 46410 | 200 E. Washington St., Room 1601 |
| (219) 884-0696 phone | Indianapolis, Indiana   46204 |
| (219) 884-0692 fax | (317) 327-4055 phone |
| Trent@McCain.Law | (317) 327-3968 fax |
| | andrew.upchurch@indy.gov |

**CERTIFICATE OF SERVICE**

I hereby certify that on **June 6, 2018**, a copy of the foregoing witness and exhibit lists were filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Trent A. McCain*
Plaintiff's Attorney