# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **Estate of ANDRE ALEXANDER GREEN, deceased,** | ) |
| Plaintiff | ) ) ) ) |
| v. | ) No. 1:17-cv-02673-TWP-TAB ) |
| **CITY OF INDIANAPOLIS, MARC KLONNE**, **ADAM MENGERINK**, and **VINCENT STEWART,** in their official and individual capacities as sworn officers of the Indianapolis Metropolitan Police Department, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER

This matter coming to be heard upon parties' joint motion for an extension of the fact-discovery and dispositive-motion deadlines as set forth in this Court's Case Management Plan (DE 11), the Court being fully advised in the premises

IT IS HEREBY ORDERED that parties' joint motion is *granted*; the parties shall have until **September 5, 2018** to complete non-expert witness discovery and discovery relating to liability issues; and until **September 21, 2018** to file dispositive motions, if any. Parties should anticipate no further extensions.

Date: 6/7/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service will be made electronically on all ECF-registered counsel of record via email generated by the court's ECF system.