IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Estate of ANDRE ALEXANDER GREEN, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | )  CASE NO.: 1:17-cv-02673-TWP-TAB ) ) |
| CITY OF INDIANAPOLIS, et al. | ) ) |
| Defendants. | ) |

**Unopposed Motion to Extend Dispositive Motion Deadline**

The City of Indianapolis, Marc Klonne, Adam Mengerink, and Vincent Stewart ("Defendants"), by counsel, respectfully move for a 28-day extension of the dispositive motion deadline. In support of this motion, Defendants state:

1. On June 7, 2018, the Court ordered the parties to file dispositive motions by September 21, 2018. Filing No. 33.

2. Defendants' counsel initially believed that he would be able to meet this deadline.

3. However, unforeseen circumstances have prevented Defendants' counsel from finalizing Defendants' dispositive motion.

4. For instance, Defendants' counsel's sister's mother-in-law passed away during the early morning hours on September 20, 2018. Although she was not a blood relative, the decedent is someone whom counsel knew for approximately a decade and her passing has had an extraordinary emotional impact on counsel and his family, including, but not limited to, his sister, brother-in-law, and nephew. Counsel has been feeling physically and emotionally exhausted since learning of decedent's death.

5. Also, the Office of Corporation Counsel's litigation section was short-staffed for most of the three months leading up to the dispositive motion deadline.

6. Defendants' counsel is also been preparing for a federal jury trial in *Whatley v. Bates*, Case No. Case No. 1:15-cv-1450-TAB-RLY that is scheduled to commence on September 25, 2018.

7. Defendants' counsel understands the importance of meeting the Court's deadlines and sincerely apologizes for his failure to do so in this case.

8. Defendants' counsel sincerely believes that there are claims that may be resolved via a dispositive motion.

9. However, Defendants' counsel has been physically and emotionally unable to dedicate the amount of time necessary to adequately brief Defendants' arguments.

10. Defendants respectfully request a 28-day extension of the dispositive motion deadline.

11. A 28-day extension would allow Defendants' counsel to have the time necessary to prepare a brief that would allow the Court to rule on the important issues pending in this case.

12. Defendants also hope that a 28-day extension will allow the Court to preserve its limited resources because Defendants believe that they will be able to narrow the issues pending in this case when they move for summary judgment.

13. This motion is intended to preserve fairness and judicial resources. It is not intended to unduly delay any proceedings in this case.

14. Plaintiff's counsel was contacted about this motion and counsel indicated that Plaintiff has no objection to this motion.

WHEREFORE, Defendants respectfully request that this Court grant them a 28-day extension of the dispositive motion deadline. The current dispositive motion deadline is September 21, 2018. If the Court grants this motion, the dispositive motion deadline would be October 19, 2018.

Respectfully Submitted,

/s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-mail: andrew.upchurch@indy.gov

**CERTIFICATE OF SERVICE**

I hereby certify that September 21, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Trent A. McCain
>McCAIN LAW OFFICES, P.C.
>5655 Broadway
>Merrillville, IN 46410
>Trent@McCain.Law
>
>Jamon R. Hicks
>Douglas/Hicks Law
>5120 W. Goldleaf Circle, Suite 140
>Los Angeles, California 90056
>jamon@douglashickslaw.com
>
>John F. Kautzman
>Edward J. Merchant
>Andrew R. Duncan
>Ruckelshaus Kautzman Blackwell
>Bemis & Hasbrook
>135 N. Pennsylvania Street, Suite 1600
>Indianapolis, IN 46204
>jfk@rucklaw.com
>ejm@rucklaw.com
>ard@rucklaw.com

    /s/ Andrew J. Upchurch
    Andrew J. Upchurch (30174-49)
    Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
andrew.upchurch@indy.gov