IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Estate of ANDRE ALEXANDER GREEN, deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) CASE NO.: 1:17-cv-02673-TWP-TAB ) ) |
| CITY OF INDIANAPOLIS, et al. | ) ) |
| Defendants. | ) |

## Motion for Summary Judgment

The City of Indianapolis, Marc Klonne, Adam Mengerink, and Vincent Stewart ("Defendants"), by counsel, respectfully move for summary judgment on each of Plaintiff's claims. In support of this motion, Defendants state:

1. The Estate of Andre Alexander Green's claims allegedly arose when Officer Marc Klonne, Officer Adam Mengerink, and Sergeant Vincent Stewart violated Green's Fourth Amendment rights by using excessive force to apprehend him on August 9, 2015.

2. Plaintiff sued the officers in their individual capacity for excessive force.

3. Plaintiff also brought *Monell* claims against the City of Indianapolis and the officers in their official capacities.

4. The officers are entitled to qualified immunity because they did not violate Green's clearly established rights.

5. Plaintiff's *Monell* claims fail because the City's policies and customs did not cause any constitutional violations.

6. Plaintiff's claims against the officers are were not brought in a timely manner.

7.Thus, Defendants are entitled to summary judgment on all claims.

8.When ruling on this motion, Defendants respectfully request that this Court consider their brief in support of motion for summary judgment.

WHEREFORE, Defendants respectfully requests this Court grant them summary judgment and all other relief that is just and proper.

Respectfully Submitted,


 /s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-mail: andrew.upchurch@indy.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that October 19, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Trent A. McCain
    McCAIN LAW OFFICES, P.C.
    5655 Broadway
    Merrillville, IN 46410
    Trent@McCain.Law

    Jamon R. Hicks
    Douglas/Hicks Law
    5120 W. Goldleaf Circle, Suite 140
    Los Angeles, California 90056
    jamon@douglashickslaw.com

    John F. Kautzman
    Edward J. Merchant
    Andrew R. Duncan
    Ruckelshaus Kautzman Blackwell
    Bemis & Hasbrook
    135 N. Pennsylvania Street, Suite 1600
    Indianapolis, IN 46204
    jfk@rucklaw.com
    ejm@rucklaw.com
    ard@rucklaw.com

    /s/ Andrew J. Upchurch
    Andrew J. Upchurch (30174-49)
    Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
andrew.upchurch@indy.gov