IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Estate of ANDRE ALEXANDER GREEN, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF INDIANAPOLIS, et al.<br><br>    Defendants. | CASE NO.: 1:17-cv-02673-JPH-TAB |

**Motion to Extend Deadline for Expert Witness and Damages Discovery**

The City of Indianapolis, Marc Klonne, Adam Mengerink, and Vincent Stewart ("Defendants"), by counsel, respectfully move for a 30-day extension of the deadline for expert witness and damages discovery. In support of this motion, Defendants state:

1. On November 7, 2017, the Court ordered the parties to complete expert witness discovery and discovery relating to damages by December 7, 2018. Filing No. 11 at 5, Section IV(B).

2. Defendants served interrogatories and requests for production on Plaintiff on August 2, 2018.

3. Plaintiff responded to Defendants' interrogatories on November 15, 2018 and indicated that responses to the Defendants' requests for production were forthcoming.

4. Defendants' counsel has not received Plaintiff's responses to requests for production. Those responses are now over three months overdue.

5. At 7:20 p.m. on November 21, 2018, Plaintiff e-mailed Defendants and asked them to accept service of a curriculum vita and report from Plaintiff's "police practices expert."

6. This expert disclosure was made nearly three months after the Plaintiff's deadline for disclosing experts—which was September 7, 2018—and only 10 business days before the deadline for completing expert witness discovery. Filing No. 11 at 3, Section III(F).

7. Plaintiff's delayed responses and untimely expert disclosure have prevented Defendants from completing expert witness discovery and discovery relating to damages.

8. Thus, Defendants respectfully request a 30-day extension of the expert witness discovery and discovery relating to damages deadline.

9. A 30-day extension would allow Defendants to work with Plaintiff and the Court to resolve outstanding discovery issues.

10. This motion is intended to preserve fairness and judicial resources. It is not intended to unduly delay any proceedings in this case.

11. Plaintiff's counsel was contacted about this motion via e-mail on December 7, 2018. Defendants did not receive a response to that e-mail before filing this motion.

WHEREFORE, Defendants respectfully request a 30-day extension of the deadline for expert witness and damages discovery. The current deadline is December 7, 2018. If the Court grants this motion, the deadline would be January 6, 2019.

Respectfully Submitted,

/s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana  46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-mail: andrew.upchurch@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that December 7, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Trent A. McCain
    McCAIN LAW OFFICES, P.C.
    5655 Broadway
    Merrillville, IN 46410
    Trent@McCain.Law

    Jamon R. Hicks
    Douglas/Hicks Law
    5120 W. Goldleaf Circle, Suite 140
    Los Angeles, California 90056
    jamon@douglashickslaw.com

    John F. Kautzman
    Edward J. Merchant
    Andrew R. Duncan
    Ruckelshaus Kautzman Blackwell
    Bemis & Hasbrook
    135 N. Pennsylvania Street, Suite 1600
    Indianapolis, IN 46204
    jfk@rucklaw.com
    ejm@rucklaw.com
    ard@rucklaw.com

    /s/ Andrew J. Upchurch
    Andrew J. Upchurch (30174-49)
    Deputy Chief Litigation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
andrew.upchurch@indy.gov