UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ESTATE OF ANDRE ALEXANDER GREEN<br>Deceased, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:17-cv-02673-JPH-TAB |
| | ) | |
| CITY OF INDIANAPOLIS Indiana and several<br>unknown members of the Indianapolis<br>Metropolitan Police Department,<br>MARC KLONNE,<br>ADAM MENGERINK,<br>VINCENT STEWART, | )<br>)<br>)<br>)<br>)<br>) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON DECEMBER 20, 2018, TELEPHONIC STATUS CONFERENCE**

Parties appeared by counsel December 20, 2018, for a telephonic status conference.

Discussion was held regarding Defendant's motion to extend deadlines [Filing No. 43],

settlement and related matters.  Plaintiff shall fully respond to Defendant's requests for

production by December 27, 2018.  Defendant's motion to extend deadlines [Filing No. 43] is

granted, and the deadline to complete expert and damages discovery is enlarged to January 31,

2019, as is the deadline for Defendant to file its summary judgment reply brief.

Dated:  12/20/2018

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

All ECF-registered counsel of record via email.