IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Estate of ANDRE ALEXANDER GREEN, deceased,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF INDIANAPOLIS, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) CASE NO.: 1:17-cv-02673-TWP-TAB<br>)<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT

I, Rick Winningham, being duly sworn and under oath, state as follows:

1. I am over the age of 18 and competent to testify in this case.

2. I am employed by the City of Indianapolis as a Manager of Maintenance Operations at the Department of Public Works Fleet Services.

3. I have personal knowledge of the facts asserted in this affidavit.

4. I am familiar with the business records that are made and kept by Fleet Services.

5. I have examined the document attached as Exhibit A to this affidavit.

6. Exhibit A is a business record that was made and kept by Fleet Services.

7. Fleet Services made and kept this document in the course of its regularly conducted activity at or near the time that it serviced the 2012 Dodge Charger Depicted in Exhibit A.

8. Fleet Services did not prepare Exhibit A in anticipation of this litigation.

9. I have also examined the document attached as Exhibit B to this affidavit.

10. Exhibit B is a business record that was made and kept by Fleet Services.

11. Fleet Services made and kept this document in the course of its regularly conducted activity at or near the time that it serviced the 2012 Dodge Charger referenced in Exhibit B.

12. The 2012 Dodge Charger referenced in Exhibit B is the same Dodge Charger depicted in Exhibit A.

13. Fleet Services did not prepare Exhibit B in anticipation of this litigation.

### AFFIRMATION

I hereby swear and affirm under the penalties of perjury that the foregoing representations are true and accurate to the best of my knowledge and belief.

Date: 31 Jan 2019

Rick Winningham

# EXHIBIT A

# INDIANAPOLIS FLEET SERVICE

**BODY SHOP - BAY 21, 1651 W. 30TH STREET, INDIANAPOLIS, IN 46208**
**Phone: (317) 327-2799**

## Image Report

| | | | | | | |
|---|---|---|---|---|---|---|
| Owner: | 120333, IMPD | Insurance: | | Estimator: | IFS 46 | Vehicle Out: |
| Job Number: | | Claim Number: | | | | |
| Year: | 2012 | Color: | | License Plate: | 7596 | Production Date: |
| Make: | DODG | Body Style: | 4D SED | State: | | Mileage In: 67,777 |
| Model: | CHARGER POLICE | Engine: | 6-3.6L-FI | VIN: | 2C3CDXAG1CH305985 | Condition: |



8/12/2015  E01
Comments:



8/12/2015  E01
Comments:



8/12/2015  E01
Comments:



8/12/2015  E01
Comments:



8/12/2015  E01
Comments:

1/23/2019 8:00:22 AM

Page 1

# EXHIBIT B

## INDIANAPOLIS FLEET SERVICE

BODY SHOP - BAY 21, 1651 W. 30TH STREET,
INDIANAPOLIS, IN 46208
Phone: (317) 327-2799

Workfile ID: 79c82955

### Preliminary Estimate

---

**Customer: 120333, IMPD**     **Job Number:**

Written By: IFS 46

| | | |
|---|---|---|
| Insured: 120333, IMPD | Policy #: | Claim #: |
| Type of Loss: Collision | Date of Loss: | Days to Repair: 0 |
| Point of Impact: | | |

**Owner:**
120333, IMPD

**Inspection Location:**
INDIANAPOLIS FLEET SERVICE
BODY SHOP - BAY 21
1651 W. 30TH STREET
INDIANAPOLIS, IN 46208
Repair Facility
(317) 327-2799 Day

**Insurance Company:**

---

### VEHICLE

2012 DODG CHARGER POLICE 4D SED 6-3.6L-FI

| | | | |
|---|---|---|---|
| VIN: 2C3CDXAG1CH305985 | Interior Color: | Mileage In: 67,777 | Vehicle Out: |
| License: 7596 | Exterior Color: | Mileage Out: | |
| State: | Production Date: | Condition: | Job #: |

| | | | |
|---|---|---|---|
| **TRANSMISSION** | **CONVENIENCE** | FM Radio | Cloth Seats |
| Automatic Transmission | Air Conditioning | Stereo | Bucket Seats |
| **POWER** | Intermittent Wipers | Search/Seek | **WHEELS** |
| Power Steering | Tilt Wheel | CD Player | Wheel Covers |
| Power Brakes | Cruise Control | Auxiliary Audio Connection | **PAINT** |
| Power Windows | Rear Defogger | **SAFETY** | Clear Coat Paint |
| Power Locks | Keyless Entry | Drivers Side Air Bag | **OTHER** |
| Power Mirrors | Alarm | Passenger Air Bag | Traction Control |
| Power Driver Seat | Steering Wheel Touch Controls | Anti-Lock Brakes (4) | Stability Control |
| **DECOR** | Telescopic Wheel | 4 Wheel Disc Brakes | Power Trunk/Gate Release |
| Dual Mirrors | Climate Control | Front Side Impact Air Bags | |
| Tinted Glass | **RADIO** | Head/Curtain Air Bags | |
| Console/Storage | AM Radio | **SEATS** | |

1/23/2019 8:00:59 AM      022665      Page 1

## Preliminary Estimate

**Customer: 120333, IMPD**  **Job Number:**

2012 DODG CHARGER POLICE 4D SED 6-3.6L-FI

Estimate based on MOTOR CRASH ESTIMATING GUIDE and potentially other third party sources of data. Unless otherwise noted, (a) all items are derived from the Guide DR3PB11, CCC Data Date 11/8/2018, and potentially other third party sources of data; and (b) the parts presented are OEM-parts manufactured by the vehicles Original Equipment Manufacturer. OEM parts are available at OE/Vehicle dealerships. OPT OEM (Optional OEM) or ALT OEM (Alternative OEM) parts are OEM parts that may be provided by or through alternate sources other than the OEM vehicle dealerships. OPT OEM or ALT OEM parts may reflect some specific, special, or unique pricing or discount. OPT OEM or ALT OEM parts may include "Blemished" parts provided by OEM's through OEM vehicle dealerships. Asterisk (*) or Double Asterisk (**) indicates that the parts and/or labor data provided by third party sources of data may have been modified or may have come from an alternate data source. Tilde sign (~) items indicate MOTOR Not-Included Labor operations. The symbol (<>) indicates the refinish operation WILL NOT be performed as a separate procedure from the other panels in the estimate. Non-Original Equipment Manufacturer aftermarket parts are described as Non OEM, A/M or NAGS. Used parts are described as LKQ, RCY, or USED. Reconditioned parts are described as Recond. Recored parts are described as Recore. NAGS Part Numbers and Benchmark Prices are provided by National Auto Glass Specifications. Labor operation times listed on the line with the NAGS information are MOTOR suggested labor operation times. NAGS labor operation times are not included. Pound sign (#) items indicate manual entries.

Some 2019 vehicles contain minor changes from the previous year. For those vehicles, prior to receiving updated data from the vehicle manufacturer, labor and parts data from the previous year may be used. The CCC ONE estimator has a list of applicable vehicles. Parts numbers and prices should be confirmed with the local dealership.

The following is a list of additional abbreviations or symbols that may be used to describe work to be done or parts to be repaired or replaced:

SYMBOLS FOLLOWING PART PRICE:
m=MOTOR Mechanical component. s=MOTOR Structural component. T=Miscellaneous Taxed charge category. X=Miscellaneous Non-Taxed charge category.

SYMBOLS FOLLOWING LABOR:
D=Diagnostic labor category. E=Electrical labor category. F=Frame labor category. G=Glass labor category. M=Mechanical labor category. S=Structural labor category. (numbers) 1 through 4=User Defined Labor Categories.

OTHER SYMBOLS AND ABBREVIATIONS:
Adj.=Adjacent. Algn.=Align. ALU=Aluminum. A/M=Aftermarket part. Blnd=Blend. BOR=Boron steel. CAPA=Certified Automotive Parts Association. D&R=Disconnect and Reconnect. HSS=High Strength Steel. HYD=Hydroformed Steel. Incl.=Included. LKQ=Like Kind and Quality. LT=Left. MAG=Magnesium. Non-Adj.=Non Adjacent. NSF=NSF International Certified Part. O/H=Overhaul. Qty=Quantity. Refn=Refinish. Repl=Replace. R&I=Remove and Install. R&R=Remove and Replace. Rpr=Repair. RT=Right. SAS=Sandwiched Steel. Sect=Section. Subl=Sublet. UHS=Ultra High Strength Steel. N=Note(s) associated with the estimate line.

CCC ONE Estimating - A product of CCC Information Services Inc.

The following is a list of abbreviations that may be used in CCC ONE Estimating that are not part of the MOTOR CRASH ESTIMATING GUIDE:
BAR=Bureau of Automotive Repair. EPA=Environmental Protection Agency. NHTSA= National Highway Transportation and Safety Administration. PDR=Paintless Dent Repair. VIN=Vehicle Identification Number.