UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| **Estate of ANDRE ALEXANDER GREEN,** deceased, | )<br>)<br>) |
| Plaintiff | )<br>) |
| v. | ) No. 1:17-cv-02673-JPH-TAB<br>) |
| **CITY OF INDIANAPOLIS, MARC KLONNE**, **ADAM MENGERINK**, and **VINCENT STEWART,** in their official and individual capacities as sworn officers of the Indianapolis Metropolitan Police Department, | )<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

**SURREPLY IN OPPOSITION TO**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff, Estate of ANDRE ALEXANDER GREEN, by counsel, submits the following surreply in opposition to Defendants' motion for summary judgment:

**Plaintiff's expert testimony is admissible.**

Defendants argue that Plaintiff did not comply with the Court's November 7, 2017 Case Management Plan. Originally, Plaintiff's expert disclosure deadline was September 7, 2018. That deadline was based upon fact and non-expert discovery being concluded by June 7, 2018 and a dispositive motion deadline of August 7, 2018. (ECF No. 11 at 5).

Fact and non-expert discovery was extended to September 5, 2018 and the dispositive motion deadline to September 21, 2018. (ECF No. 33). On September 21,

1

2018, Defendants moved for a second extension, without objection from Plaintiff, to file its dispositive motion by October 19, 2018. Thus, by extension, Plaintiff's expert disclosure arguably became due one month after, i.e. November 19, 2018. Plaintiff disclosed its expert on November 21—two days after the "new" deadline, not 75 days after the outdated deadline.

Defendants filed several affidavits with their reply brief in an attempt to refute Harmening's opinions. Harmening reviewed the affidavits and has provided a counter-affidavit that Plaintiff attaches hereto as Exhibit 1.

In sum, Harmening's affidavit shows that there are disputed issues of material fact precluding summary judgment. Thus, Plaintiff respectfully requests that the Court deny Defendants' motion for summary judgment.

                                    Respectfully submitted,

                                    **ESTATE OF ANDRE ALEXANDER GREEN, Deceased**

                                    */s/ Trent A. McCain*
                                    One of Plaintiff's Attorneys

Trent A. McCain, #23960-45
McCAIN LAW OFFICES, P.C.
5655 Broadway
Merrillville, IN 46410
(219) 884-0696 phone
Trent@McCain.Law

Jamon R. Hicks, Esq.
DOUGLAS/HICKS
A Professional Law Corporation
8484 Wilshire Boulevard, Suite 548
Beverly Hills, CA 90211
(323) 655-6505 phone
jamon@douglashickslaw.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on **February 14, 2019**, a copy of the foregoing motion was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                            */s/ Trent A. McCain*
                                            One of Plaintiff's Attorneys