IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| Estate of ANDRE ALEXANDER GREEN, deceased, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CASE NO.: 1:17-cv-02673-JPH-TAB |
| CITY OF INDIANAPOLIS, et al. | ) ) ) | |
| Defendants. | ) | |

**Notice of Supplemental Authority**

The City of Indianapolis, Marc Klonne, Adam Mengerink, and Vincent Stewart ("Defendants"), respectfully submit this notice of supplemental authority in support of their contention that "Plaintiff's response relies on inadmissible expert testimony." Filing No. 48 at 9. When filing their reply in support of summary judgment, Defendants argued that Plaintiff's expert, William Harmening, lacks the scientific, technical, or specialized knowledge necessary to offer the opinions Plaintiff relied upon in Plaintiff's response. Filing No. 48 at 9-17. On April 30, 2019, this Court addressed whether Harmening was "qualified to offer testimony in the areas of ballistics, handguns, firearms and other weapon usage, use of force techniques, use of force training, crime scene reconstruction, crime scene analysis, or construct his own crime scene diagrams." *Cole v. Perry*, *et al.*, Case No. 1:16-cv-3081-WTL-MJD, Document 181 at pages 15. (Exhibit A – Entry on Motions in Limine). In doing so, this Court considered whether "Harmening's qualifications in behavioral science . . . are sufficient to establish an expertise in ballistics, handguns, crime scene reconstruction, crime scene analysis, or crime scene diagrams." *Id*. at 16. The Court ruled that Harmening's report did not establish that "Harmening is an expert in the areas about which his testimony is offered" and excluded his testimony. *Id*.

Harmening's Statement of Qualifications in this case quotes the Statement of Qualifications that this Court noted did not establish that he was qualified to offer expert opinions on ballistics, handguns, crime scene reconstruction, crime scene analysis, or crime scene diagrams in *Cole*. Compare Filing No. 44-8 at 3 to Ex. A at 15-16. Defendants' respectfully request that this Court take notice of the Entry excluding Harmening's testimony in *Cole* and rule that "Plaintiff's response relies on inadmissible expert testimony." Filing No. 48 at 9. Defendants are filing this notice of supplemental authority because this Court's Entry on Motions in Limine in *Cole* was not available when Defendants argued that Harmening's expert testimony was inadmissible in their reply in support of motion for summary judgment. *Id*.

Respectfully Submitted,


 /s/ Andrew J. Upchurch
Andrew J. Upchurch (30174-49)
Deputy Chief Litigation Counsel
Office of Corporation Counsel
200 East Washington Street, Room 1601
Indianapolis, Indiana   46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
E-mail: andrew.upchurch@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that May 2, 2019, a copy of the foregoing was filed electronically.

Service of this filing will be made on all ECF-registered counsel by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.

Trent A. McCain
McCAIN LAW OFFICES, P.C.
5655 Broadway
Merrillville, IN 46410
Trent@McCain.Law

Jamon R. Hicks
Douglas/Hicks Law
5120 W. Goldleaf Circle, Suite 140
Los Angeles, California 90056
jamon@douglashickslaw.com

John F. Kautzman
Edward J. Merchant
Andrew R. Duncan
Ruckelshaus Kautzman Blackwell
Bemis & Hasbrook
135 N. Pennsylvania Street, Suite 1600
Indianapolis, IN 46204
jfk@rucklaw.com
ejm@rucklaw.com
ard@rucklaw.com


        /s/ Andrew J. Upchurch
        Andrew J. Upchurch (30174-49)
        Deputy Chief Litigation Counsel


OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Room 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055
Fax: (317) 327-3968
andrew.upchurch@indy.gov