UNITED STATES DISTRICT COURT
Southern District of Indiana

# NOTICE OF CHANGE OF ATTORNEY INFORMATION

TO: THE CLERK OF THE COURT AND ALL OTHER PARTIES

☐ I have **no pending cases** in the District Court for the Southern District of Indiana.

✔ I have **pending case(s)** in the District Court for the Southern District of Indiana.

Pending Case No(s).[1]

1:17-cv-02673-JPH-TAB
1:17-cv-02897-TWP-MPB
1:19-cv-01146-SEB-MJD
2:17-cv-00304-JPH-MJD
3:19-cv-00026-RLY-MPB

Pursuant to Local Rule 5-3, the undersigned counsel notifies the Clerk's Office of the following changes:

| | *Previous Information:* | *Current Information:* |
|---|---|---|
| Name: | Trent A. McCain | Trent A. McCain |
| Law Firm, Company, and/or Agency: | McCain Law Offices, P.C. | McCain Law Offices, P.C. |
| Address: | 5655 Broadway<br>Ste. 2S<br>Merrillville, IN 46410 | 363 S. Lake Street<br>Ste. 2<br>Gary, IN 46403 |
| Primary E-mail: | Trent@McCain.Law | Trent@McCain.Law |
| Secondary E-mail(s): | Admin@McCain.Law | Admin@McCain.Law |
| Telephone Number: | 219-884-0696 | 219-884-0696 |
| Facsimile: | 219-884-0692 | 219-884-0692 |

Date: 10/4/2019　　　　　　　　　　　　　　s/ Trent A. McCain

---

[1] Identify each case in which you have filed a Notice of Appearance and the case is still pending. This Notice must be filed in each pending case.