UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ESTATE OF ANDRE ALEXANDER GREEN Deceased, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 1:17-cv-02673-JPH-TAB ) |
| CITY OF INDIANAPOLIS Indiana and several unknown members of the Indianapolis Metropolitan Police Department, MARC KLONNE, ADAM MENGERINK, VINCENT STEWART, | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**FINAL JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 58**

Having this day directed the entry of final judgment, the Court now enters **FINAL JUDGMENT** in favor of Defendants and against Plaintiff. Plaintiff shall take nothing by its complaint and this action is terminated.

Date: 11/13/2019

Laura Briggs, Clerk
By: *Pam Pope*
Deputy Clerk

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

Andrew R. Duncan
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS, LLP
ard@rucklaw.com

Grant E. Helms
OFFICE OF CORPORATION COUNSEL
grant.helms@indy.gov

1

Jamon Rahi Hicks
DOUGLAS HICKS LAW
jamon@douglashickslaw.com

John F. Kautzman
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS, LLP
jfk@rucklaw.com

Trent A. McCain
MCCAIN LAW OFFICES, P.C.
Trent@McCain.Law

Edward J. Merchant
RUCKELSHAUS KAUTZMAN BLACKWELL BEMIS, LLP
ejm@rucklaw.com

Andrew J. Upchurch
OFFICE OF CORPORATION COUNSEL
andrew.upchurch@indy.gov